United States District Court
Southern District of Texas
**ENTERED**
November 21, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SANDRA FLORES, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:24-cv-03318 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| LANE BRYANT | § | |
| BRANDS OPCO LLC, | § | |
| Defendant. | § | |

## ORDER

Plaintiff Sandra Flores has provided notice of settlement of the claims against Defendant Lane Bryant Brands Opco LLC. Dkt 23.

All claims by Plaintiff against Defendant are DISMISSED WITH PREJUDICE.

Plaintiff may move within sixty days to reinstate the claims against Defendant if approval of documentation or condition precedent fails.

SO ORDERED.

Signed on November 21, 2024, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge